GERTRUDE HIMMELMAN, Respondent, *v.* 540 WEST 146TH STREET, INC., et al., Defendants, and CAPITAL CITY SURETY COMPANY, Appellant.

*Appeal — action to foreclose mortgage — deficiency judgment — appeal from order of modification dismissed on ground not a final order.*

*Himmelman* v. *Capital City Surety Co.*, 216 App. Div. 418, appeal dismissed.

(Argued November 29, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action to foreclose a mortgage. The question was as to the validity of a deficiency judgment against defendant, appellant, which was surety upon a

bond given to indemnify plaintiff in the event of a deficiency resulting from foreclosure.

*Abraham J. Halprin* for appellant.

*Harold R. Medina* and *Ralph Honig* for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.